UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.           )<br>)<br>DAVID DESOUSA         )<br>) | NO. 20-MJ-07155 |

## MOTION TO GRANT COUNSEL LEAVE TO WITHDRAW

NOW COMES, the defendant, who respectfully moves this Court to grant Attorney James Budreau leave to withdraw from the above matter. In support defendant states that:

1. Attorney Budreau was appointed to represent Mr. DeSousa on August 7, 2020 by this Court.

2. Mr. Desousa has retained private counsel, who has entered an appearance.

3. Consequently, undersigned seeks leave to withdraw.

WHEREFORE, defendant moves this Court to grant his Motion.

Respectfully submitted
on behalf of David Desousa,

/s/ James Budreau  
James Budreau, Bar #559931  
20 Park Plaza, Suite 1005  
Boston, MA 02116  
617-366-2200  

Dated: 8/22/20

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 22, 2020.

/s/ James Budreau