UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) No. 20-cr-10268-RGS<br>DAVID DESOUSA, )<br>)<br>Defendant. ) | |

**FINAL STATUS REPORT**

Pursuant to Local Rule 116.5(c), the United States, by its undersigned counsel, respectfully submits the following status report regarding the above-captioned matter, which is set for a final status conference on May 13, 2021. The defendant in this case is charged with six counts of possession with intent to distribute and distribution of methamphetamine, in violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(viii), and 841(b)(1)(C). Government counsel circulated a draft of this status report to defense counsel, and counsel advised that he is in agreement with the report.

    **1.**    **Request for a Rule 11 hearing**

The parties have not engaged in plea discussions and do not request a Rule 11 hearing at this time.

    **2.**    **Pretrial Conference**

No pretrial motions are pending and the defendant requests additional time to file any motions to suppress.

      **A.**      **Discovery and discovery requests**

The United States produced automatic discovery materials on December 14, 2020. The United States provided redacted videos on February 12, 2021. The United States understands that it has an ongoing and continuing duty to produce discovery.

      **B.**      **Timing of additional discovery requests**

The defendant has not made any discovery requests.

      **C.**      **Pretrial motions**

The defendant has not filed any pretrial motions under Fed. R. Crim. P. 12(b). The defendant requests additional time to file any motions to suppress.

      **D.**      **Periods of excludable delay**

The government moves for excludable delay between May 13, 2021, and the next court hearing. If this motion is allowed, there will be no non-excludable days under the Speedy Trial Act.

      **E.**      **Estimated length of trial**

The estimated length of the trial is one week.

**3.**      **Other matters**

The parties request to be heard at the final status conference on May 13, 2021 to address the schedule for filing of the defendant's pretrial motions.

The United States moves the Court to exclude the time between May 13, 2021, to the next court hearing, under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv) due to the potential for pretrial litigation should the case proceed to trial. Given the existence of these factors, the ends of justice served by excluding the

time outweighs the best interests of the public and the defendant in a speedy trial.  Counsel for the defendant assents to this request.

                                                          Respectfully submitted,

                                                          NATHANIEL R. MENDELL
                                                          Acting United States Attorney

                                                          By:  */s/ Philip C. Cheng*
                                                          Philip C. Cheng
                                                          James E. Arnold
                                                          Assistant U.S. Attorneys
                                                          (617) 748-3101

                                    Certificate of Service

     I hereby certify that I served the foregoing document by ECF on May 10, 2021 to counsel of record.

                                                          */s/ Philip C. Cheng*
                                                          Philip C. Cheng
                                                          Assistant U.S. Attorney