UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 20-10268-RGS

UNITED STATES OF AMERICA

v.

DAVID DESOUSA

**FINAL STATUS REPORT**

May 13, 2021

Boal, M.J.

An Final Status Conference was held before this Court on May 13, 2021, pursuant to the provisions of Local Rule 116.5(c).  Based on that conference, this Court enters the following report and order:

1. Defendant David Desousa requests that the case be transferred to the District Judge assigned to this case.

2. Discovery is ongoing at this time.

3. There are no anticipated discovery motions at this time.

4. The defendant intends to file a dispositive motion under Fed. R. Crim. P. 12(b). Any such motion must be filed by June 25, 2021 and the government shall respond by July 16, 2021.

5. Based upon the orders of this Court dated November 23, 2020, February 9, 2021, and March 17, 2021, there were zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.  In addition, this Court has excluded the time until June 25, 2021, which is the date by which the defendant's dispositive motion must be filed.

       / s / Jennifer C. Boal
       JENNIFER C. BOAL
       UNITED STATES MAGISTRATE JUDGE