UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                          ) | CRIMINAL No. 20-cr-10268-RGS |
| ) | |
| **DAVID DESOUSA**           ) | |
|           **Defendant**   ) | |

MOTION FOR LEAVE TO FILE MOTION AND
EXHIBITS / MEDICAL RECORDS UNDER SEAL

    The defendant, David Desousa, respectfully seeks leave to file Motion for Release and Exhibits A & B to his motion. As reasons therefore the medical records contain personal identifying and protected information. The defendant also requests that the filing be kept under seal during the pendency of the proceedings.

                                                Respectfully Submitted,
                                                David Desousa
                                                By counsel

                                                */s/ Carmine P. Lepore*
                                                Carmine P. Lepore
                                                Lepore & Hochman, P.A.
                                                One Sprague Street
                                                Revere, MA 02151
                                                (781) 286-8800
                                                BBO# 564603

September 23, 2021

CERTIFICATE OF SERVICE

    I, Carmine P. Lepore, hereby certify that the above document was filed through the Electronic Court Filing system and served on all registered participants on September 23, 2021.

                                                */s/ Carmine P. Lepore*