UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 20-10268-RGS

UNITED STATES OF AMERICA

v.

DAVID DESOUSA

ORDER ON DEFENDANT'S RENEWED
MOTION FOR RELEASE FROM PRETRIAL DETENTION

October 14, 2021

STEARNS, D.J.

As I agree with the government that defendant raises no new argument for release from pretrial detention that has not been previously considered and rejected by Magistrate Judge Boal and Judge Talwani, the Renewed Motion for Release is <u>DENIED</u>.[1]

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE

---

[1] The government does note a change of circumstance in the fact that defendant has now been vaccinated which allays significantly the risk of his recontracting COVID-19. Under the best of circumstances, defendant would not be a candidate for release given the serious of the underlying charges (distribution of methamphetamine) and the mandatory ten-year to life sentence that he faces.