United States of America

v.

David Desousa

Criminal No. 20-cr-10268-RGS

FILED IN CLERKS OFFICE
2021 DEC -20 PM 4:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Motion to Withdraw Appointed Counsel

Mr. Desousa hereby moves undersigned Counsel to withdraw (Carmine Lepore) in the above-Captioned matter. As grounds for this motion, Mr. Desousa states there has been an irretreivable breakdown in attorney/Client relationship, including ineffective assistance of Counsel, which has resulted in Conflict of interest.

Wherefore, the defendant request that this Court immediately allow undersigned Counsel to withdraw his appearance.

Respectfully Submitted
By David Desousa

Date: December 1, 2021.            x _____

## Certificate of Service

I David Desousa hereby Certify that the foregoing docume is being served through U.S. Postal mail to the U.S. District Court.