# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | CRIMINAL No. 20-cr-10268-RGS |
| ) | |
| DAVID DESOUSA                    ) | |
| Defendant       ) | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully requests this Honorable Court to allow him to withdraw as counsel for the defendant.   In support hereof counsel states the following;

1. On December 7, 2021 the defendant's "Motion to Withdraw Appointed Counsel" was filed pro se.

2. Defendant cites an irretrievable breakdown in the attorney client relationship and other grounds including ineffective assistance of counsel.

3. Defendant has terminated undersigned counsel and counsel now moves to withdraw.

For all the aforementioned reasons counsel moves to withdraw as counsel for the defendant.

    Respectfully Submitted,
    David Desousa
    By counsel

    */s/ Carmine P. Lepore*
    Carmine P. Lepore
    Lepore & Hochman, P.A.
    One Sprague Street
    Revere, MA 02151
    (781) 286-8800
    BBO# 564603

December 7, 2021

## CERTIFICATE OF SERVICE

I, Carmine P. Lepore, hereby certify that the above document was filed through the Electronic Court Filing system and served on all registered participants on December 7, 2021.

*/s/ Carmine P. Lepore*