Case 1:20-cr-10268-RGS   Document 90   Filed 12/20/21   Page 1 of 1

FILED
IN CLERKS OFFICE
2021 DEC 20 PM 2:26

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 20-cr-10268-RGS |
| v. ) | |
| ) | |
| DAVID DESOUSA ) | |
| Defendant, ) | |

## DEFENDANT'S MOTION TO WITHDRAW PENDING MOTION TO SUPPRESS

The Defendant David Desousa respectfully request that this Honorable Court withdraw counsel's pending motion to Suppress before it is ruled on due to counsel's ineffective assistance. The defendant will be prejudiced it the motion is ruled on, therefore, the defendant respectfully request that the court not rule on such motion and withdraw the motion before a decision is made.

Respectfully Submitted,
By David Desousa

_[signature]_

Date: December 6, 2021

### CERTIFICATE OF SERVICE

I, David Desousa hereby certify that the foregoing document is being served through United States postal mail to The District Court.