David DeSousa #09418-509

D.W.W.D.F

950 High Street

Central Falls, RI 02863

PROVIDENCE RI  O28
PROVIDENCE RI  O28
8 DEC 2021
14 DEC 2021
000.53

ZIP 02863
041L11252843

U.S. District Court

One Courthouse Way, Suite 2300

Boston, MA 02210

FREE

USMS CERTIFIED

THIS CORRESPONDENCE IS FORWARDED FROM THE
DONALD W. WYATT DETENTION FACILITY.
THE CONTENTS MAY NOT HAVE BEEN EVALUATED.
THE FACILITY IS NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENT OF THE ENCLOSED MATERIAL.