UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID DESOUSA )<br>Defendant, ) | CRIMINAL NO. 20-cr-10268-RGS |

**DEFENDANT'S AFFIDAVIT IN SUPPORT OF MOTION AND MEMORANDUM TO WITHDRAW COUNSEL DUE TO CONFLICT OF INTEREST AND INEFFECTIVE ASSISTANCE**

I, David Desousa states the truth under oath to best my knowledge:

(1). I am the defendant in the above-captioned matter.

(2). everything mention in my motion and memorandum is true and accurate to the best of my knowledge

(3). I believe assistance that has been provided by counsel has resulted in ineffective assistance of counsel in violation of my Sixth amendment right to effective assistance of counsel.

(4). I have recently filed a motion for counsel to withdraw from this matter.

I depose the statements mention above are true to the best of my knowledge, hereby signed under the pains and penalties of perjury. On this ___6___ day of December, 2021.

_____
David Desousa

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 20-cr-10268-RGS |
| v. ) | |
| ) | |
| DAVID DESOUSA ) | |
| Defendant, ) | |

## JUDICIAL NOTICE

The defendant David Desousa hereby gives notice that he will like to be present via zoom and temporarily waives his right to be physically present at the John Moakley Courthouse. The defendant respectfully request that he be present via zoom from here now on unless he has an important date to attend. The defendant further gives notice that he will like to file a motion to reconsider the denial of his motion for bail.

Respectfully Submitted,
By David Desousa

*[signature]*

Date: December 6, 2021

## CERTIFICATE OF SERVICE

I, David Desousa hereby certify that the foregoing document is being served through United States postal mail to The District Court.