# United States Court of Appeals
## For the First Circuit

No. 21-1924

UNITED STATES,

Appellee,

v.

DAVID DESOUSA, a/k/a Derek,

Defendant - Appellant.

Before

Lynch, Kayatta and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: January 24, 2022

The parties having agreed that this appeal is untimely, Fed. R. App. P. 4(b)(1)(A)(i), the appeal is dismissed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jason G. Benzaken
David Desousa
Moira Barry
Donald Campbell Lockhart
James E. Arnold
Philip C. Cheng